BARRY J. PORTMAN
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ellen_leonida@fd.org

Counsel for Defendant
KAMAISHAY N. CARTER

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KAMAISHAY N. CARTER,<br><br>Defendant. | CR 1 11-00325 SBA<br><br>ORDER FOR CONTINUANCE OF STATUS HEARING AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. SECTION 3161(H)(7)(A) & (B)(iv) |

## ORDER

GOOD CAUSE HAVING BEEN SHOWN in the stipulation of the parties above, the court hereby orders that the status hearing set for September 13, 2011 at 10:00 a.m., before the Honorable Saundra Brown Armstrong, be vacated and reset for October 11, 2011 at 10:00 a.m..

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between September 13, 2011 and October 11, 2011 would unreasonably deny the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Additional time is thus needed for effective preparation of counsel, as well

CR 11-00325 SBA
[Proposed] Order for Continuance of Status
Hearing and Exclusion of Time                    1

as continuity of counsel. 18 U.S.C. § 3161(h)(7) and (B)(iv). The court further finds that the ends of justice served by the granting of the continuance from September 13, 2011 until October 11, 2011 outweigh the best interests of the public and the defendant in a speedy and public trial .

Based on these findings, IT IS HEREBY ORDERED that the time between September 13, 2011 and October 11, 2011 be excluded under the speedy trial act, 18 U.S.C. Section 3161(h)(7)(A)and (B)(iv).

DATED: 9/9/11

_____
HON. SAUNDRA BROWN ARMSTRONG
United States District Judge

CR 11-00325 SBA
[Proposed] Order for Continuance of Status
Hearing and Exclusion of Time    2