MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MAUREEN C. ONYEAGBAKO (CABN 238419)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, CA, 94612
    Telephone: (510) 637-3680
    Facsimile: (510) 637-3724
    E-mail: maureen.onyeagbako@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00325 SBA |
| Plaintiff, | STIPULATION TO CONTINUE HEARING & EXCLUDE TIME; ORDER |
| v. | |
| | Date: May 18, 2012 |
| KAMAISHAY N. CARTER, | Time: 10:00 a.m. |
|   a/k/a "Maraco Askari Jones," | Court: Hon. Saundra Brown Armstrong |
|   a/k/a "Kamaishay Lamont Carter," | |
|   a/k/a "Kamatshay Carter," | |
|   a/k/a "Maraco Carter," | |
|   a/k/a "Maraco Iscari Jones," | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status hearing for defendant Kamaishay N. Carter ("Defendant"), previously scheduled for Tuesday, May 1, 2012 at 10:00 a.m., may be continued to Friday, May 18, 2012 at 10:00 a.m. for change of plea and sentencing. The reason for the continuance is that counsel for Defendant has represented to the government that Defendant intends to enter a guilty plea at the next hearing and that the Court needs time to consider the revised proposed plea agreement, which was

delivered to the Court today. The parties stipulate that the time from May 1, 2012 to May 18, 2012 should be excluded in accordance with the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), for the Court's consideration of the revised proposed plea agreement.

Respectfully submitted,

Dated: April 30, 2012

/s/
MAUREEN C. ONYEAGBAKO
Special Assistant United States Attorney

Dated: April 30, 2012

/s/
HARRIS B. TABACK
Counsel for Defendant

## **ORDER**

Based on the reasons provided in the Stipulation To Continue Hearing & Exclude Time, and good cause appearing, IT IS HEREBY ORDERED that the status hearing for defendant Kamaishay N. Carter, previously scheduled for Tuesday, May 1, 2012 at 10:00 a.m., is hereby continued to Friday, May 18, 2012 at 10:00 a.m. for change of plea and sentencing.

IT IS FURTHER ORDERED that the time from May 1, 2012 to May 18, 2012 should be excluded in accordance with the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(G), for consideration by the Court of the revised proposed plea agreement.

IT IS SO ORDERED.

Dated: _5/2/12_____

HON. SAUNDRA BROWN ARMSTRONG
United States District Judge